1
2
3
4
5
6
7

8               IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MICHAEL LENOIR SMITH,

11          Plaintiff,                    No. 2:08-cv-1788 MCE JFM P

12      vs.

13  STATE OF CALIFORNIA,

14          Defendant.                    ORDER

15  _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17  42 U.S.C. § 1983. On August 21, 2008, this court dismissed plaintiff's August 1, 2008 in forma

18  pauperis application and granted plaintiff twenty days to file a new in forma pauperis application.

19  On the same day, the court recommended that this action be dismissed without prejudice because

20  it is barred by the doctrine announced in Heck v. Humphrey, 512 U.S. 477 (9th Cir. 1994).

21          On September 2, 2008, plaintiff filed a new application to proceed in forma

22  pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application makes the showing required by 28

23  U.S.C. § 1915(a) and (b). Accordingly, the request to proceed in forma pauperis will be granted.

24          Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28

25  U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee

26  in accordance with the provisions of 28 U.S.C. § 1915(b)(1). By separate order, the court will

1 direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account
2 and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly
3 payments of twenty percent of the preceding month's income credited to plaintiff's prison trust
4 account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court
5 each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28
6 U.S.C. § 1915(b)(2).

7     On September 12, 2008, plaintiff filed a request for an extension of time to file
8 and serve objections to the August 21, 2008 findings and recommendations.  Good cause
9 appearing, plaintiff's request will be granted.

10     In accordance with the above,  IT IS HEREBY ORDERED that:

11     1. Plaintiff's request for leave to proceed in forma pauperis is granted.

12     2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
13 Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.
14 § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the
15 Director of the California Department of Corrections and Rehabilitation filed concurrently
16 herewith.

17     3. Plaintiff's September 12, 2008 request for an extension of time is granted; and

18     4. Plaintiff is granted thirty days from the date of this order in which to file and
19 serve  objections to the August 21, 2008 findings and recommendations.

20 DATED: September 29, 2008.

UNITED STATES MAGISTRATE JUDGE

12/ke
smit1788.36

2