IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENOIR SMITH,

    Plaintiff,                   No. 2:08-cv-1788 MCE JFM (PC)

    vs.

STATE OF CALIFORNIA,

    Defendant.                ORDER

    _____/

    Plaintiff has filed his second request for an extension of time to file objections to the August 21, 2008 findings and recommendations.[1]  Good cause appearing, the request will be granted. No further extensions of time will be granted.

    IT IS HEREBY ORDERED that:

    1. Plaintiff's request for an extension of time (docket no. 12) is granted; and

/////

/////

/////

/////

---

[1] Plaintiff's request included a request for injunctive relief arising from the fact that plaintiff's legal materials were taken from him on October 3, 2008 in preparation for plaintiff's transfer to Kern Valley State Prison.  On November 5, 2008, plaintiff filed notice that he has received his legal materials.

2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the August 21, 2008 findings and recommendations. No further extensions of time will be granted.

DATED: November 17, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/md
smit1788.36.sec